No. 156, Misc. LEVY *v.* SAWYER, SECRETARY OF COMMERCE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman* for respondents.

No. 160, Misc. FARMER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 165, Misc. ROY ET AL. *v.* OFFICE OF THE HOUSING EXPEDITER. United States Emergency Court of Appeals. Certiorari denied.

No. 166, Misc. CAINE *v.* CAINE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Stanley B. Frosh* for petitioner. *Albert E. Conradis* for respondent. 

No. 171, Misc. HARRIS *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 172, Misc. GAGLIO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 173, Misc. BUTZ *v.* REDNOUR. Circuit Court of Williamson County, Illinois. Certiorari denied.

No. 175, Misc. SHAW *v.* UTECHT, WARDEN. Supreme Court of Minnesota. Certiorari denied. 

No. 177, Misc. LEIMER *v.* REEVES, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied.